# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| JAMES A. HILL, <br> ADC # 143512 <br>   Petitioner, <br><br> v. <br><br> RAY HOBBS, Director, <br> Arkansas Department of Correction <br>   Respondent. | **Case No. 5:12-CV-00204 SWW-JTK** |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The findings and recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint with prejudice.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

IT IS SO ORDERED this 3rd day of September, 2013.

/s/Susan Webber Wright
UNITED STATE DISTRICT JUDGE