# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| JAMES A. HILL,  )<br>ADC # 143512  )<br>    Petitioner,  ) | **Case No. 5:12-CV-00204 SWW-JTK** |
| )<br>)<br>v.  )<br>) | |
| RAY HOBBS, Director,  )<br>Arkansas Department of Correction  )<br>    Respondent.  ) | |

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 3rd day of September, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE